ASTARIS, LLC, Plaintiff–Appellant,

v.

FIRE–TROL HOLDINGS, LLC,
Defendant–Appellee.

No. 06–1185.

United States Court of Appeals,
Federal Circuit.

Feb. 17, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).